# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132311

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                         SC: 132311
                                                          COA: 271351
                                                          Berrien CC: 2001-403299-FH

BERNARD MARQUISS HILL,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 8, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case to the trial court for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2007

_____
Clerk

d0131